1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 YING SHEN,                          )
                                       ) No. C 06-4448 MHP
13              Plaintiff,             )
                                       )
14         v.                          )
                                       ) **STIPULATION TO DISMISS; AND**
15 MICHAEL CHERTOFF, Secretary of the  ) **[PROPOSED] ORDER**
   Department of Homeland Security, et al. )
16                                     )
                Defendants.            )
17 _____

18     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

19 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

20 of the approval of Plaintiff's application for adjustment of status.

21     Each of the parties shall bear their own costs and fees.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///
   Stip to Dismiss
   C 06-4448 MHP

| | | |
|---|---|---|
| 1 | Dated: September 1, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 5 | | _____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
| 8 | Dated: September 1, 2006 | _____/s/_____<br>JUSTIN FOK<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/5/2006

_____
MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*United States District Court, Northern District of California*

Stip to Dismiss
C 06-4448 MHP

2